Barbara A. STUART, Plaintiff–Appellant,

v.

ASSOCIATED GROCERS INC., a Washington corporation, Defendant–Appellee.

No. 00–36016.
D.C. No. CV–00–1174–JCC.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001.[*]

Decided Nov. 13, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM [**]

Barbara Stuart appeals pro se the summary judgment of the district court in her action alleging wrongful termination and employment discrimination. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review summary judgment de novo. *Lopez v. Smith*, 203 F.3d 1122, 1131 (9th Cir.2000) (en banc). The district court properly interpreted the collective bargaining agreement.

Stuart's remaining contentions lack merit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.